GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Ave, Suite 208
Hayward, California 94544
(510) 887-7445

JESSE GARCIA [061223]
Attorney for Defendant
ARMANDO ORNELAS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ARMANDO ORNELAS<br><br>　　　　Defendant. | CASE NO. CR-10-00917-1-SBA<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF PLEA AND SENTENCE HEARING** |

　　Armando Ornelas, by and through his counsel, Jesse Garcia, and the United States Government, by and through its counsel, Joseph Patrick Audal, Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the sentencing hearing presently set for September 30, 2011, be re-scheduled for October 26, 2011, at 10:00 a.m. should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of defense counsel and continuity of counsel, taking into account due diligence.

DATED: September 16, 2011　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/JESSE GARCIA
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　ARMANDO ORNELAS

DATED: September 16, 2011　　　　　　 /s/ JOSEPH AUDAL
　　　　　　　　　　　　　　　　　　　　JOSEPH AUDAL
　　　　　　　　　　　　　　　　　　　　Authorized to sign for JOSEPH AUDAL
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　on September 16, 2011

**ORDER**

IT IS HEREBY ORDERED that the change of plea and sentencing in this case, currently scheduled on September 30, 2011 at 10:00 a.m., be continued to October 26, 2011 at 10:00 a.m.

IT IS FURTHER ORDERED that the time from the date of this Order to October 26, 2011, should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy and public trial, and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation and continuity of counsel, taking into account due diligence.

IT IS SO ORDERED.

DATED: 9/19/11

_Saundra B Armstrong_
HON. SAUNDRA B. ARMSTRONG
United States District Judge

STIPULATION AND ORDER TO CONTINUE SENTENCING
U.S.A. v. ARMANDO ORNELAS  CR-10-00917-1-SBA                    2