GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Ave, Suite 208
Hayward, California  94544
(510) 887-7445

JESSE GARCIA [061223]
Attorney for Defendant
ARMANDO ORNELAS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NO.: 10-CR-00917-SBA-1 |
| Plaintiffs, ) | |
| ) | **AMENDED STIPULATION AND ORDER** |
| vs. ) | **RE CONTINUANCE OF PLEA AND** |
| ) | **SENTENCE HEARING** |
| ARMANDO ORNELAS ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Armando Ornelas, by and through his counsel, Jesse Garcia, and the United States Government, by and through its counsel, Joseph Patrick Audal, Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the sentencing hearing presently set for October 26, 2011, be re-scheduled for November 16, 2011, at 10:00 a.m. The reason of this continuance is based on the following:

Defendant is researching the proposed amendment to the Sentencing Guidelines which we believe may affect the sentence to be imposed in this case.  The proposed amendment to the Guidelines is effective November 1, 2011, therefore we are proposing a short continuance until after that date.

Further, time in this case should be excluded in accordance with the Speedy Trial Act, 18

U.S.C. § 3161(h)(7)(A) and (B)(iv) for adequate preparation of defense counsel and continuity of counsel, taking into account due diligence.

DATED: October 20, 2011              Respectfully submitted,

                                         /s/JESSE GARCIA
                                         Attorney for Defendant
                                         ARMANDO ORNELAS

DATED: October 20, 2011              /s/ JOSEPH AUDAL
                                         JOSEPH AUDAL
                                         Authorized to sign for JOSEPH AUDAL
                                         Assistant United States Attorney
                                         on October 20, 2011

**ORDER**

IT IS HEREBY ORDERED that the change of plea and sentencing in this case, currently scheduled on October 26, 2011, at 10:00 a.m., be continued to November 16, 2011, at 10:00 a.m.

IT IS FURTHER ORDERED that the time from the date of this Order to November 16, 2011, should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy and public trial, and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation and continuity of counsel, taking into account due diligence.

IT IS SO ORDERED.

DATED:_10/25/11                              _/s/ Saundra B Armstrong_
                                                                         HON. SAUNDRA BROWN ARMSTRONG
                                                                         United States District Judge